IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMIN SAMAD,

      Plaintiff,                        No. CIV S-09-3145 JAM DAD P

      vs.

SUSAN L. HUBBARD, et al.,

      Defendants.           <u>ORDER</u>

                             /

        On August 27, 2010, plaintiff filed a motion to amend his complaint. The court has construed plaintiff's motion as a request for reconsideration of the magistrate judge's order filed August 2, 2010, dismissing defendants Hubbard, French, and John Does 1-2 from this action. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed August 2, 2010, is affirmed; and

2. Plaintiff's motion to amend (Doc. No. 18) is denied.

DATED: September 22, 2010.

          /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

/sama3145.850