IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAMIN SAMAD,

    Plaintiff,                    No. CIV S-09-3145 JAM DAD P

   vs.

SUSAN L. HUBBARD, et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff has filed a request for a nunc pro tunc extension of time to file an opposition to defendants' motion for summary judgment. He has also filed his opposition to defendants' motion. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for a nunc pro tunc extension of time (Doc. No. 46) is granted; and

        2. Plaintiff's opposition to defendants' motion for summary judgment is deemed timely filed.

DATED: July 26, 2011.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
sama3145.36opp